JAMES W. BALLARD, as Receiver of the KEYSTONE GUARD, Appellant, *v.* SARATOGA NATIONAL BANK OF SARATOGA SPRINGS, Respondent.

*Appeal — motion to withdraw granted.*

*Ballard* v. *Saratoga Nat. Bank of Saratoga Springs*, 198 App. Div. 958, appeal withdrawn.

(Argued November 21, 1921; decided November 29, 1921.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 3, 1921, reversing

a judgment in favor of plaintiff entered upon a verdict directed by the court and granting a new trial. The motion was made upon the ground that the appeal was inadvertently taken.

*Merle I. St. John* for motion.

*H. H. Corbin* opposed.

Motion granted on payment of costs of appeal and ten dollars costs of motion within ten days.